**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NMA

*271 Cadman Plaza East*

*Brooklyn, New York 11201*

October 26, 2011

**By Hand**

Steve Zissou
42-40 Bell Boulevard
Suite 302
Bayside, New York 11361

Re:    United States v. Anthony Ciliento
       Criminal Docket No. 11-651 (S-1) (BMC)

Dear Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case.

| Bates Number | Description |
|---|---|
| 44-318 | Telephone records for 718-256-7592 |
| 319 | One CD containing telephone records for 646-781-6090 |
| 320-349 | NYS Department of Corrections records for Constantino Christo |
| 350-358 | Bureau of Prisons records related to the defendant |
| 359-366 | Photographs |
| 367-369 | NYS DMV records for the defendant |

        In addition, the government is in possession of the following items recovered during the December 24, 2008 arrest of Christo.  Please contact me to set up a mutually convenient time to inspect these items.   If you have further questions or requests, please contact me at the number listed below.

| 1 black jacket |
|---|
| 1 ny yankee jersey |

| |
|---|
| 1 blue bandana |
| 1 black face ski mask |
| 4 gloves |
| 1 motorola boost phone |
| 1 blackberry phone |
| 1 blue nypd windbreaker |
| 1 blue nypd baseball hat |
| 1 parnisari bullet proof vest |
| 1 black leather holster |
| 1 black nylon holster |
| 1 blue yankee jacket |
| 1 black belt |
| 1 eyeglasses |
| 1 black cell phone holder |
| 1 black wallet |
| 1 empire health card |
| 1 blockbuster card |
| 1 all access visa card |
| 1 inmate card id |
| 1 ymca id card |
| 1 black bag |
| 3 handcuffs |
| 1 brass knuckles |
| 2 flashlights |
| 2 police scanners |
| 1 sheet rock knife |

| |
|---|
| 3 shield ID cases |
| 1 taser |
| 1 handcuff key |
| 6 batteries |
| 1 shield pin |
| 1 taser holster |
| 1 blue nypd windbreaker |
| 1 PACA bullet proof vest |
| 1 tan hat |
| 1 white and blue ny yankee jersey |

If you have further questions or requests, please contact us.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:  _____/s_____
Nicole M. Argentieri
Marisa Seifan
Assistant U.S. Attorneys
(718) 254-6232/6008

Enclosures

cc:    Clerk of Court (by ECF) (w/o enclosures)