# Steve Zissou & Associates
## Attorneys at Law
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361

Office   (718) 279-4500                                    Email: stevezissou@verizon.net
Facsimile (718) 281-0850

**By ECF**

December 12, 2011

Honorable Brian M. Cogan
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *USA v. Anthony Ciliento*
           Criminal Docket # 11 cr 651 (BMC)

Dear Judge Cogan:

    For the reasons set forth below, I write to request that the status conference in this case be rescheduled from December 14, 2011 to December 16, 2011, at 10am.

    I will be actually engaged before the United States Court of Appeals, Second Circuit, in *USA v. Amadeo Rodriguez*, (10-3411cr).[1] Accordingly, I respectfully request that the status conference be rescheduled as requested. In addition, the parties jointly request that the Court enter an order of excludable delay for the time period between December 14 and December 16, 2011, pursuant to the applicable provisions of the Speedy Trial Act (18 USC 3161, et seq.).

    I have discussed this request with the attorney for the government, Nicole M. Argentieri, and she advises me that the government does not object to rescheduling the status conference.

    Thank you very much for your consideration in this matter.

                                            Respectfully submitted,

                                            Steve Zissou

cc:  Nicole M. Argentieri (by ecf, email)

---

[1] When the status conference was scheduled, the circuit judges had not yet decided if oral argument would be necessary.