# Criminal Calendar

**Before Judge** _Cogan_ U.S.D.J.

Date: _1/27/12_    Time: _9:45_

DOCKET NUMBER: _11cr651_

DEFENDANT'S NAME: _Anthony Ciliento_
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: _Steve Zissou_
___Legal Aid ___ CJA ✓ Retained

AUSA(s): _Marisa Seifan + Nicole Argentieri_    Deputy Clerk: M. Clarke

INTERPRETER: _—_ (Language) _____

COURT REPORTER/ESR _Anthony Frisolone_

✓ Case called for:

___ Arraignment:

___ Defendant's first appearance ___ defendant arraigned on the indictment.

___ Defendant informed of rights

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

✓ Status Conference

✓ Order of Speedy Trial entered. Code Type XC Start _1/27_ Stop _3/16_

✓ ~~Status Conference~~ Hearing O/A set for _3/16_ @ _10_ Before Judge _Cogan_

OTHERS: Motion Schedule

D to file brief in support of motion to sever counts by 2/24; Govt opposition by 3/2. Hearing on oral argument set for 3/16 @ 10 am.

Time excluded until 3/16 pending motion + ends of justice.