## Steve Zissou & Associates
### Attorneys at Law
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361

---

Office    (718) 279-4500                                                    Email: stevezissou@verizon.net
Facsimile (718) 281-0850

**By ECF**

June 17, 2012

The Honorable Brian M. Cogan
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Anthony Ciliento*
      Docket No. 11-CR-651(S-1) (BMC)

Dear Judge Cogan:

This letter is submitted on behalf of my client, Anthony Ciliento, who is scheduled for sentencing on June 22, 2012. The sentencing follows his guilty plea to his role in a conspiracy to distribute narcotics in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C). The maximum term of imprisonment is 20 years. There is no mandatory minimum. Our objections to the presentence report and sentence recommendations are described in detail below.

### Summary of the Offense

The offense conduct is fairly simple: a cooperating witness, Robert Tolento (sealed criminal docket - ARR), was in the narcotics business during most of his adult life. Although Mr. Ciliento was not a partner in his business, on occasion, among other things, Mr. Ciliento allowed Tolento to use his apartment to meet his workers in order to facilitate their efforts. As reported by USPO Shayna Bryant, Mr. Ciliento did not share in the profits of Mr. Tolento's business (see paragraph 4). Perhaps the more significant undisputed fact is that Mr. Ciliento's role, whatever is was, ended years before the indictment was filed. It ended at or about the time, as will be described in more detail below, when in July of 2008, he realized a lifelong dream and became a New York City Firefighter. Of course, his prior involvement in the offense, once discovered, resulted in his termination on March 12, 2012.

## I.      Advisory Offense Level

As part of the plea agreement, the parties stipulated that the weight of the narcotics attributable to Mr. Ciliento for guideline purposes was at least 400 but less than 500 grams of cocaine.  This  amount results in a base offense level of 24 {2D1.1(a)(5), (c)(8)} . With 3 levels off for acceptance of responsibility, the total offense level is 21. In criminal history category I, the advisory sentence range is 37 - 46 months.  The defendant respectfully requests that the Court adopt the advisory guideline calculation stipulated to by the parties.

## II.     Objections to the Presentence Report ("PSR")

### 1.      Paragraphs 2, 3, 4, 5 and 6:

The defendant respectfully objects to the characterization of his offense conduct as set forth in paragraphs 2, 3, 4, 5 and 6 of the PSR.  Specifically, the defendant objects to the following characterizations of his role in the offense:

That he:

- •      Answered telephone calls to intake and process customer requests for cocaine;

- •      on one occasion, met with the supplier for a cocaine pick-up and payment;

- •      assaulted a worker for stealing cocaine and broke the worker's nose and broke a paint ball gun over the worker's arm as punishment;

- •      physically assaulted other workers during the course of the instant scheme when it was discovered that they were using the cocaine instead of selling the narcotics.

We acknowledge, however, that at various times, the defendant allowed his apartment to be used for "switch-ups," and on rare occasions, helped bag cocaine; as described in the PSR.

With regard to the allegations that Mr. Ciliento "assaulted a worker for stealing cocaine and broke the worker's nose and broke a paint ball gun over the worker's arm as punishment," the "worker" in question was interviewed by an investigator retained by the defense.  The individual, named "Rob", advised that the allegations that Mr. Ciliento "punished" him for stealing cocaine from Mr. Tolento are false.  Instead, Rob claims that it was Tolento himself who assaulted him, not Mr. Ciliento.

Regarding Mr. Ciliento, Rob spoke in the same glowing terms that are seen in the character letters that are attached to this submission. Among other things, Rob, who has admitted to a lifetime of dealing with his own substance abuse issues, claims that Mr. Ciliento made substantial efforts to help him conquer his addiction to narcotics.

## III.   Family Background

Now a 33 year old husband and father of a 2 year old son, Mr. Ciliento was born "Anthony December" on October 4, 1978, in Brooklyn, New York. He was born into a household where his father, "Anthony William December," terrorized Anthony's mother, Janice, and his two sisters, Barbie and Josephine.  Although, not surprisingly, no one in the family is willing to discuss it, it appears that the family was far better off when Mr. December met his demise in 1981.  Some say at the hands of a family member.

Although young Anthony was a child when his father died, before long, he and his siblings gained a father figure when his mother married Peter Ciliento.  Peter Ciliento became Anthony's true father.  And the two remain close to this day despite the fact that he is no longer married to Anthony's mother. Along with his two older sisters, Barbie and Josephine Ciliento, they have established a deep and loving bond with Peter Ciliento and their mother Janice.  And of course, the extended family now includes Virginia Smith Ciliento, Anthony's wife, and Anthony Ciliento, Jr., Virginia and Anthony's two year old son.

Virginia Ciliento, apparently one of only two family member interviewed by probation, is deeply in love with her husband. She told Officer Bryant that Anthony is "the sweetest man" she knows.  Like any mother, she worries about her son and the effect that his father's absence will have upon him.  Her own letter addressed to this Court is attached to this submission is more detailed. She describes the man that she has known for the last ten years in clear and convincing words:

> Anthony and I have been together for almost 10 years. When I met Anthony in the spring of 2003, his endearing qualities of warmth and authenticity immediately resonated with me. Over the years, he has proved to be a man of great resilience and integrity. I know my husband very well. In fact, I believe I know him better than he knows himself Anthony believes in hard work and values education. While he is imperfect, he is a good man.

She describes his qualities as a father in a similarly emphatic manner:

> Anthony is a devoted husband and father, who takes his responsibilities seriously. Prior to his arrest, he was the quintessential hands-on father, who learned to change our son's cloth diapers to proficiency. Anthony has always demonstrated tremendous patience and compassion with our son. I always knew he would be a phenomenal father because these qualities are innate within him. Anthony whole-heartedly applies himself in his role as a father.

And with a pain that only a parent can feel, she describes the loss that Mr. Ciliento, Virginia and Anthony, Jr., have endured:

> Before Anthony was arrested, he never spent more than a day away from our son. It has been nearly a year since Anthony left for work on the morning of August 22, 2011, and he has yet to return home. Anthony has missed our son's first words and his first steps. Our son discovers new things about himself and the world around him every day. It pains me greatly that Anthony is prevented from witnessing these discoveries, and our son cannot hear the praises of his father.
>
> We have paid a great deal as a result of Anthony's arrest and detainment. We have lost our home, the savings for our first house, and our son's college fund. Anthony lost his job as a firefighter, which was more than a lifelong aspiration, it was his identity. I am without my partner, whom I have depended on and looked to for support for many years. And our son, who is the innocent party in all of this, suffers the most without the father he adores.

## IV.    Employment and Education

Although he was hardly a gifted student, Mr. Ciliento obtained a General Education Development (GED) and 15 college credits as required for enlistment in the United States Marines.  He enlisted in 1997 and was honorably discharged in 2005.  Upon his separation from the United States Marines, he struggled to find himself for a few years. However, In July of 2008, he began what he hoped would be a career as a firefighter with the New York City Fire Department.  Until his terminated in March of 2012, he was assigned to Ladder Company 166 in Brooklyn, New York.  During this time period, he also worked as a part-time cashier at his cousin's Bagels shop located in Brooklyn, New York. Of particular importance is that from a young age, Anthony Ciliento has a solid history of steady employment.  In short, he is a hard working young.

## V.    Prior Military Service

As described in the PSR, Mr. Ciliento enlisted in the United States Marine Corps in 1997. At the time of his enlistment, he was just 18 years old. Her served with honor and distinction until his final discharge in August of 2005. While he was on active duty between 1997 and 2001, Mr. Ciliento was stationed at the United States Marine Corps base in Camp Lejeune, North Carolina and attained the rank of Sargent (E5).

Of course, perhaps the most significant time during which Mr. Ciliento served his country was in 2000. In that year he deployed on a month-long combat mission to Kosovo (operation "*Noble Anvil*.")  On reserve status until 2005, Mr. Ciliento received an honorable discharge on August 11, 2005.  His medals and other recognition include the following:

1.    Good Conduct Medal
2.    Kosovo Liberation Medal
3.    Certificate of Commendation
4.    Naval Medal
5.    Navy Sea Service Deployment Ribbon
6.    Meritorious Mast[1]
7.    Letter of Appreciation

---

[1]A formation during which awards and promotions are made. From the navy tradition of gathering the crew around the main mast of the ship to deliver punishment and rewards. In the modern Marine Corps it is a written recognition of work well done and is of greater value than a Letter of Appreciation or a Certificate of Commendation.
http://wiki.answers.com/Q/Is_a_meritorious_mast_award_from_the_marine_corps_a_big_deal#ixzz1xzKrrco9

## VI.    Sentencing Factors/Legal Argument

> It has been uniform and constant in the federal judicial tradition for the sentencing judge to consider every convicted person as an individual and every case as a unique study in the human failings that sometimes mitigate, sometimes magnify, the crime and the punishment to ensue.

*Koon v. United States*, 518 U.S. 81, 113 (1996).

### 1.    Section 3553(a) Requires a Sentence "Sufficient But Not Greater Than Necessary" to Accomplish the Stated Purposes of Sentencing

As a threshold matter, since the Guidelines are now advisory, they no longer determine the sentence. Instead, the focal point is the instruction in the introductory paragraph of §3553(a), referred to as the "parsimony clause," which directs that "the court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection." 18 U .S.C. § 3553(a); see also *Kimbrough v. United States*, 128 S. Ct. 558 (2007) *Gall v. United States*, 128 S. Ct. 586 (2007). *Gall* outlined how District Courts should consider both the advisory Guidelines and §3553(a). See *United States v. Cutler*, 520 F.3d 136, 155 (2nd Cir. 2008). First, "'a district court should begin all sentencing proceedings by correctly calculating the applicable Guidelines range.'" Id. (quoting *Gall*, 128 S.Ct. at 596 (citation omitted)).

However, the Guidelines are "not the only consideration." *Gall*, 128 S.Ct. at 596. In addition, sentencing courts "may not presume that the Guidelines range is reasonable." Id. at 596-97 (quoted in *United States v. Jones*, 531 F.3d 163, 170 (2 Cir. 2008). "After giving both parties an opportunity to argue for whatever sentence they deem appropriate, the district judge should then consider all of the §3553(a) factors to determine whether they support the sentence requested by a party." *Gall*, 128 S.Ct. at 596. As the Second Circuit has recognized, "the Supreme Court has clearly signaled that district courts enjoy considerable discretion in identifying the grounds that can justify a non-Guidelines sentence." *Jones*, 531 F.3d at 172.1

As noted, 18 U.S.C. § 3553(a) requires that a sentence be "sufficient but not greater than necessary to comply with the purposes set forth in paragraph (2)." Subsection 2, in turn, enumerates the following purposes:

(2) the need for the sentence imposed –
(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(B) to afford adequate deterrence to criminal conduct;

(C) to protect the public from further crimes of the defendant; and,

(D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner [18 U.S.C. § 3553(a)(2)].

The Guidelines (as advisory) do not occupy any superior position among the seven factors listed in § 3553(a) that a court must consider in imposing sentence. Indeed, § 3553(a) does not provide any hierarchy, and if the order in which they appear is any indication, the Guidelines and the attendant policy statements – only two of the seven criteria – rank but fourth. And, of course, the advisory range that is applicable to Mr. Ciliento is itself driven by a single factor — the weight of the narcotics. This one factor alone then, accounts for 90% of the minimum guideline range.

**2.    The Court can impose a sentence below the guideline range because such a sentence is sufficient but not greater than necessary to comply with the purposes set forth in 18 U.S. C. § 3553(a)**

Mr. Ciliento's personal history includes characteristics that support this Court sentencing him to a non-Guidelines sentence that is sufficient but not greater than necessary to comply with § 3553(a)'s purposes. Within § 3553(a), subsection(1) provides that this Court should consider "the nature and circumstances of the offense and the history and characteristics of the defendant." Although Mr. Ciliento pleaded a drug offense, his history and characteristics demonstrate that he is deserving of a non-Guidelines sentence instead of one within the advisory guideline range.

## VII.   Factors supporting a below guideline sentence

### A.    Prior Military Service

As acknowledged by the United States Probation department (para 62), Mr. Ciliento's service in the Military and participation in a combat mission are a recognized grounds for departure from the advisory sentence range.

### B.    Post-offense Rehabilitation

The offense conduct in this case predates Mr. Ciliento's commencement of his career as a New York City Fireman.  As the letter in support if this submission confirm, Mr. Ciliento had began what was on course to be an life of service to the City of New York and devotion to his wife and two-year old son.  Indeed, who better to know than his father-in-law, Roger Smith.

As the Court may have noticed, Mr. Smith has attended every court session and is strongly supportive of his son-in-law.  His letter to the Court makes that abundantly clear.

First, Mr. Smith describes how Anthony went about marrying his daughter:

> I started out for work and Anthony seemed to appear behind me on the driveway. He asked, "Mr. Smith, can I speak with you for a minute, please?" I said, "OK, Anthony. What is it?" Anthony said, "I would like your permission to ask Virginia to marry me." I was taken aback for a minute. We stood there in the driveway and I looked at Anthony for a little while. I stuck out my hand, he put his hand in mine, and I looked him in his eyes while nodding my head. Then the words came out of my mouth: "Yes. Yes, Anthony. You have my permission." That was in January of 2008.

And Anthony's dream of becoming a Firefighter:

> There was a time when I would say to Anthony, "Hey Anthony, you know the bus driver test is coming up, and so is the Sanitation [Department] test." Anthony replied, "Oh no, Mr. Smith. I'm going to be a firefighter." I watched Anthony study for the Fire Department test, take the test, and pass it. Then I watched him train to become a firefighter, and I went to his graduation ceremony when he became a firefighter. This is a good kid. . . . Anthony Ciliento is a good, decent and honorable young man. I would put everything I own on that.

Inexplicably, while the PSR acknowledges Ciliento's participation in a combat mission and his military service as a basis for a sentence reduction, it gives no weight whatsoever to the efforts that Mr. Ciliento has made to correct his mistakes and bring his life into balance.  Doing so ignores the mandates of 3553(a).

Post-offense rehabilitation, as exists in this case, has been recognized as an appropriate mitigating circumstance both before and after *Booker*. See *United States v. Martin*, 520 F.3d 87 (1 Cir. 2008) (rejecting career offender range in a drug case,  stressing, among other things, defendant's particularly striking impression as a changed man who renounced his former ways and renewed commitment to religion and family). *United States v. Bradstreet*, 207 F.3d 76 (1st Cir. 2000) (departure at re-sentencing in securities fraud case properly based on post-offense rehabilitation); *United States v. Maier*, 975 F. 2d 944, 945 (2nd Cir.1992) (affirming departure where defendant's "efforts toward rehabilitation followed an uneven course).

In the years since *Booker* changed the legal landscape, other Courts have recognized post arrest rehabilitation as an important sentencing factor: See *United States v. Jones*, 216 F. App. 189 (3 Cir. 2007) (departure rd granted for overstated criminal history prior to Booker and on remand, court imposed further reduction based on post-sentencing rehabilitation); United States v. Shy, 538 F.3d 933 (8th Cir. 2008) (defendant's post-offense rehabilitation, including her contributions to society through her "extraordinary work with persons with disabilities" justified three years probation for possessing pseudoephedrine knowing it would be used to make methamphetamine, despite guideline range of 37 - 46 months); *United States v. McFarlin*, 535 F.3d 808 (8th Cir. 2008) (three years probation imposed for conspiracy to distribute cocaine rather than 60 month guideline term, based on 54 year old defendant's extraordinary post-arrest rehabilitation, including his installation as a preacher, and serious health problems); *United States v. Green*, 152 F.3d 1202 (9th Cir. 1998) (post offense and post-sentencing rehabilitative efforts shown by exemplary conduct in prison warranted eleven level downward departure to 30 days); *United States. v. Kim*, 364 F.3d 1235 (11th Cir. 2004) (defendants' conduct demonstrated sincere remorse and acceptance of responsibility by liquidating 75% of their life savings and voluntarily undertaking enormous debt in order to pay $280,000 restitution after pleading guilty to defrauding the U.S., and was extraordinary enough to remove case from heartland and justify downward departure from 24 months to probation and home detention).

District judges, too, have been quick to embrace the notion that post arrest rehabilitation is an appropriate consideration. See *United States v. Samuels*, 08 Cr. 08 (RWS), (S.D.N.Y. 2009) (time served imposed rather than guideline range of 70-87 for young defendant who stopped selling and using crack on her own initiative two months before her arrest, and who pursued GED, took up typing, had no write ups and led a trusted cleaning crew allowed access to virtually all parts of correctional facility); *United States v. Hawkins*, 380 F. Supp. 2d 143 (E.D.N.Y. 2005) (probation granted in insurance fraud case, rather than guideline range of 12-18 months, despite the fact defendant engage in further criminal activity in the course of rehabilitation because "the Guidelines are no longer a straightjacket binding courts to artificially created and cruel paradoxes of sentencing, by insisting not only on rehabilitation, but on extraordinary rehabilitation"); *United States v. Carvajal*, 2005 WL 476125 (S.D.N.Y. 2005) (career offender range of 262 months too great; client will be 48 when he emerges from prison. The goal of rehabilitation "cannot be served if a defendant can look forward to nothing beyond imprisonment. Hope is the necessary condition of mankind . . . A judge should be hesitant before sentencing so severely that he destroys all hope and takes away all possibility of useful life. . . .").

### C.     A further prison term would have an unduly harsh effect on Ciliento's family.

As the letters of support that are attached to this memorandum make clear, Mr. Ciliento's plays a crucial role in the life of his family. This includes his 2 year old son, Anthony, Jr.  The ongoing losses that his family has and will suffer include the loss of the family home; the loss of Mr. Ciliento's job and benefits as a NYC Firefighter. And most importantly, the separation of a father from his son.

### D.     Other Mitigating/3553(a) factors

As described above, prior to his arrest on August 22, 2011, Mr. Ciliento was employed as a firefighter for the New York City Fire Department.  As described in the PSR, this is hardly the only significant factor that takes this case outside the heartland. These include, but are not limited to, Mr. Ciliento's history of hard work and Gainful employment and his prior good deeds. Of course, the collateral consequences of his conviction are profound and include the loss of a cherished career, family home, life savings and the need to start over.  And although it seems a daunting task, given his life of hard work, devotion to and support of his family, he remains confident of his ability to meet the challenge.  Hardly a surprise for a young man that has served in combat and dreamed of a career of service fighting fires.

Of all the many letters submitted on his behalf, the one written by fellow marine and firefighter, Christopher Rice, describes what is best about Anthony Ciliento:

> I had served in the same Battalion with Sgt Cilento in the Marine Corps and I would honestly say he was one of the most motivated and squared away Marines I've ever served with. He was a true leader, and was well respected within the Battalion. He was also one of the most knowledgeable squad leaders I had encountered during my time of duty. He was slated to become a drill instructor, and it seemed as if he would be a lifer. I would absolutely have gone into combat with him, as I would trust him with my life. That is the biggest honor you could receive from a fellow Marine, unlike any award or medal.
>
> He took his role very seriously, and held high standards for all his junior Marines. His discipline and attention to detail made him a strong individual, one who would sacrifice himself for his men and the Corps. I am sure if you cut his chest open there would be an Eagle, Globe and Anchor where his heart should be.

I also had the privilege of working with him within the same Battalion in the FDNY. I highly recommended him to his company, when he was assigned to Ladder 166, as an outstanding leader based upon my experiences with him in the Marine Corps. He had the same motivation, and spark in his eye, that I had seen within him in the Marine Corps. I would gladly follow him into any situation within the Fire Department, just like I would follow him into battle in the Marine Corps.

He is a loving, dedicated person in everything he does. I am proud to say I am a friend, a coworker, and a fellow Marine.

## CONCLUSION

After considering both the Guidelines and Mr. Ciliento's individual circumstances, the Court should conclude that a further term of imprisonment not only would be "greater than necessary" to accomplish the goals of sentencing, but also could undermine those goals by halting, or otherwise interfering with Mr. Ciliento's significant progress toward post offense rehabilitation.

Moreover, further incarceration is not necessary here to afford adequate deterrence to criminal conduct, since Mr. Ciliento has already spent almost a year in jail.  A further jail sentence would, we submit, violate the statutory mandate that the a sentence be sufficient, but not greater than necessary, to comply with the factors set forth in§ 3553(a)(2) of Title 18.

Of the kinds of people who are most celebrated in our society, for the last decade and more, we have come to view soldiers and firefighter as the true heroes. And the ones to be the most celebrated for their mostly anonymous service.  In his just 33 years, and for most of his adult life, Anthony Ciliento served in both of these roles.  He was a "marine's marine" and, quite literally, the kind of man who would run into a burning building to save someone else.

For such a man, when all of the relevant sentencing factors are taken into consideration, a sentence of time served is "sufficient but not greater then necessary."

Thank you very much for your consideration in this matter.

Respectfully submitted,

Steve Zissou

Steve Zissou

cc: Marisa Saifan, AUSA, by ECF

***United States v. Anthony Ciliento***
**Docket No. 11-CR-651(S-1) (BMC)**

1.    USM Discharge Certificate and Letter
2.    Family Photos
3.    Support Letters

# Honorable Discharge



**FIDELI CERTA MERCES**

from the Armed Forces of the United States of America

*This is to certify that*

SERGEANT (E5) ANTHONY W. CILIENTO 086 62 5869

*was Honorably Discharged from the*

# United States Marine Corps

*on the* 11TH *day of* AUGUST 2005 *This certificate is awarded*

*as a testimonial of Honest and Faithful Service*

*S. E. Brown*

**S. E. BROWN**
**Colonel, USMC**
**Commander**

DD 256 MC 1 MAY 50 SN:0102-LF-002-3901



**UNITED STATES MARINE CORPS**
MARINE CORPS MOBILIZATION COMMAND
15303 ANDREWS RD.
KANSAS CITY, MO 64147-1207

IN REPLY REFER TO:
**IRRD**

**11 AUG 2005**

DEAR SGT A. W. CILIENTO,

This discharge certificate is a testimonial of your honorable service.  It signifies that you have served in a proficient and industrious manner in the defense of your country.  No greater honor accrues to any citizen.

On behalf of the Commandant of the Marine Corps, please accept the gratitude of our great nation and best wishes in your future endeavors.

*S. E. Brown*

**S. E. BROWN**
**Colonel, USMC**
**Commander**

A. W. CILIENTO
2509 EAST 12TH STREET
BROOKLY NY 112350000

MOBCOM 1910 / 1 (REV 01/05)

















Mrs. Virginia C. Ciliento
(347) 415-0191

June 1, 2012

The Honorable Judge Brian M. Cogan
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Your Honor:

Thank you for your deliberation and consideration in this matter. I am proud to say that
Anthony Ciliento is my husband. I write this letter to you on behalf of myself, my
husband, and our two year-old son, Anthony. We are a loving, hardworking, God-fearing
family. Although, the life we once shared will never be the same, we kindly ask that you
return us to our simple life. We have no more to offer in retribution of Anthony's
transgression. We have been stripped of all that we have worked to build. What we are
left with is the hope that we may soon be together to rebuild the life we lost.

Anthony and I have been together for almost 10 years. When I met Anthony in the spring
of 2003, his endearing qualities of warmth and authenticity immediately resonated with
me. Over the years, he has proved to be a man of great resilience and integrity. I know
my husband very well. In fact, I believe I know him better than he knows himself.
Anthony believes in hard work and values education. While he is imperfect, he is a good
man.

Anthony's foremost goal in life has been to help others. His career as a firefighter was
very fitting for him, as he is literally the type of person who would run into a burning
building to help a total stranger. He gives of himself without reservation and to no end.
He is nothing short of an asset to his community.

Anthony is a devoted husband and father, who takes his responsibilities seriously. Prior to
his arrest, he was the quintessential hands-on father, who learned to change our son's
cloth diapers to proficiency. Anthony has always demonstrated tremendous patience and
compassion with our son. I always knew he would be a phenomenal father because these
qualities are innate within him. Anthony whole-heartedly applies himself in his role as a
father. He and I share high hopes for our son's future. We look forward to continuing our
work together to provide our son with opportunities that will help him fulfill his God-
given potential.

Before Anthony was arrested, he never spent more than a day away from our son. It has
been nearly a year since Anthony left for work on the morning of August 22, 2011, and he
has yet to return home. Anthony has missed our son's first words and his first steps. Our
son discovers new things about himself and the world around him every day. It pains me

greatly that Anthony is prevented from witnessing these discoveries, and our son cannot hear the praises of his father.

We have paid a great deal as a result of Anthony's arrest and detainment. We have lost our home, the savings for our first house, and our son's college fund. Anthony lost his job as a firefighter, which was more than a lifelong aspiration, it was his identity. I am without my partner, whom I have depended on and looked to for support for many years. And our son, who is the innocent party in all of this, suffers the most without the father he adores.

Judge Cogan, please consider that we have paid enough and grant us mercy. Please allow Anthony to return to his family, whom love him dearly and suffer gravely in his absence.

Thank you for your consideration of this letter as a testimony to the good nature and character of my beloved husband, Sergeant Anthony William Ciliento.


Sincerely yours,

Virginia C. Ciliento

Mr. Roger F. Smith
12 Candlewood Lane
Mount Pocono, PA 18344
(570) 856-3943

June 1, 2012

The Honorable Judge Brian M. Cogan
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Your Honor:

My name is Roger F. Smith. I am Anthony Ciliento's father-in-law. I write this letter to you with a heavy heart, in hopes that you will consider granting Anthony leniency.

One day Anthony came to my house (in the Poconos) with my daughter, Virginia. I was hauling off to work late in the evening. I went to my car and Anthony had followed behind me. Anthony said, "Mr. Smith, can I talk with you for a minute?" I said, "No, Anthony. I have to go. I'm running late."

The following weekend, Anthony came back up with my daughter. Again, I started out for work and Anthony seemed to appear behind me on the driveway. He asked, "Mr. Smith, can I speak with you for a minute, please?" I said, "OK, Anthony. What is it?" Anthony said, "I would like your permission to ask Virginia to marry me." I was taken aback for a minute. We stood there in the driveway and I looked at Anthony for a little while. I stuck out my hand, he put his hand in mine, and I looked him in his eyes while nodding my head. Then the words came out of my mouth: "Yes. Yes, Anthony. You have my permission." That was in January of 2008.

Anthony did not propose to Virginia until April of 2008. I would see Virginia and say, "Hey. How are things going with you?" She would say, "Fine, Daddy." I asked how Anthony was. She would say, "fine" and go on. Later, I learned that Anthony was working and saving to put a down payment on an engagement ring between that time.

There was a time when I would say to Anthony, "Hey Anthony, you know the bus driver test is coming up, and so is the Sanitation [Department] test." Anthony replied, "Oh no, Mr. Smith. I'm going to be a firefighter."

I watched Anthony study for the Fire Department test, take the test, and pass it. Then I watched him train to become a firefighter, and I went to his graduation ceremony when he became a firefighter. This is a good kid.

I do not understand the charges and the subsequent plea deal. I do know one thing, and that is, Anthony Ciliento is a good, decent and honorable young man. I would put everything I own on that.

I have cried many times thinking about what has happened to this young man and his family. He deserves better. Anthony, Virginia, and little Tony have been punished a lot: Anthony's incarceration, the loss of their home, all of their savings for a house, and the college fund for little Anthony, and the loss of Anthony's job as a firefighter. Anthony and his family have been punished a lot. I hope you, your honor can help Anthony and his family.

Thank you,

Roger F. Smith

APT 6E
BROOKLYN.11214.N.Y

To:
FEDERAL COURT JUDGE                    JUNE 4TH 2012
HONORABLE - BRIAN COGAN

REF. TO: ANTHONY CILIENTO
         # 79497 053

Your Honor, Sir,
     I am writing this letter on behalf of my Grandson,
Anthony Ciliento, who is, at the present time - is
incarcerated in the M.D.C. in Brooklyn, N.Y.
Obviously - had he not broken the law, she would
not be there. This dreadful thing that has
happened to him - & to the whole family
has been such a shock. I have be come so
traumatised - I have a propensity for becoming
dizzy & constantly fall.
     This is the first time Anthony has ever
been in Trouble. The only time he would wrong
was when he received a ticket for parking. No
problem both the N.Y.P.D. at any time in his
life - or any other member of the family
     He graduated School - when he was about 13yrs
old he got a little job stocking groceries & such.
for a shop in the neighborhood. Anthony stayed
with this shop for almost 5 years - when he
left them - at almost 18 years old (he was.
working inside at this time) He left to go into
the U.S. Marine Corps.

Anthony served his Country with pride for 4 years. An Honorable discharge as a Sergeant & had almost 30 Commendations. His other ambition was to be in the N.Y.P.D or a firefighter. He took both tests & passed them both - But chose to be a Firefighter. He loved his Job ? was so happy to be doing what he loved - helping people. He was so proud to be doing & being a useful human being.

Three or more years ago, Anthony married his one & only young woman he ever dated, they were so Happy when their first child was born 26 months ago. A son. The little boy was baptized with my son's name. Which made me happy. I am a widow. I had a Daughter who passed away in 1974 & I had a Son (who was Anthony's Father) he passed away in 1981. So I am alone now - but not lonely because I worship & adore my Grand Children & great grand children. Anthony is my only grandson. From the day he was born he nearly died - God was good to us - he survived & grew to be a good young man. He is very special to me because he has always helped me from a little boy. Now he is a grown man he does so much for me. I am in the "Twilight" of my years now - I will be 88 years old in September - I live alone - which I prefer for to be as independant as possible. Without my

grandson these past months have been difficult. My biggest fear + nightmare is that I will not live to see my beloved grandson free to come home. To be with his lovely young wife + his precious, adorable little son. The family who love him.

Please, Your Honor, Sir. please help us.

My apologies - Sir for such a long letter - but I needed to give you an insight as to what kind of a young man my grandson was + is. Not the person of treachery + lies

Thank you - Sir, for your patience + understanding.

With apologies + humbleness

Sincerely Evelyn Duff



**Order of Friars Minor**
**of**
**The Province of the Most Holy Name**
**at**
**St. Joseph of the Holy Family Church**
**405 West 125th Street**
**New York, NY, 10027**
**212.678.0940 + neilofm1937@aol.com**

October 2, 2011

Appropriate Assigned Magistrate
Eastern District of New York
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Your Honor,

Being fully aware of the accusations officially made by the Federal Prosecutors against Mr. Anthony William Ciliento, I am submitting this letter of character witness for him.

I wish to assert my regard for the moral probity of Mr. Ciliento. I have personally known Mr. Ciliento since Spring, 2008. At that time I began preparation of Mr. Ciliento for his Catholic Christian Marriage to Ms. Virginia Christina Smith at the Roman Catholic Church of All Saints, where I was Administrator from July, 2002 to June, 2008, on March 21, 2009. Ms. Smith's connections with All Saints Church were long and deep. Her Great Grandmother was a highly revered active member of the Church. Ms. Smith's parents were married in All Saints Church on October 1, 1978. Several Smith family relatives attended and graduated from All Saints School. I can not imagine that the Smith family, with such church connections as just described, would knowingly and actively permit a family member to enter into Mrriage with a person having a background as accused of Mr. Ciliento. When I began this preparation, I had been officiating for Catholic Christian Marriages for forty-four years and had developed a rather well honed "feel" for the religious integrity and human seriousness of those whom I was preparing. In the case of Mr. Ciliento and Ms. Smith, I must say both were approaching Marriage with some of the highest evidence of faith, seriousness and maturity of all the couples I have prepared. Both were of a mature age, had never been married before, and were still maintaining separate addresses prior to the Marriage, which is a rarity in recent years. Both were following responsible professions, especially Mr. Ciliento, who was beginning a career as a fire fighter. I am the son of an highly respected fire captain in Buffalo, NY and I am sure the he would welcome the dedicated service of a fire fighter such as Mr. Ciliento. In fact, in respect for Mr. Ciliento and his new career, I wore my father's Buffalo Fire Department shield on my vestment for the Marriage ceremony.

As part of the official Catholic Christian preparation for Marriage, I was obliged to have a confidential interview with Mr. Ciliento, apart from Ms. Smith, to ascertain his readiness for Marriage. Mr. Ciliento passed this interview with flying colors. Moreover, in the same process, the couple had to attend two day long Marriage Preparation sessions sponsored by the Catholic Archdiocese of New York. These sessions are designed to provoke an high degree of honesty between partners of each couple so as to avoid any later threat to the Marriage. I have had the experience of couples calling off a Marriage as a result of their honesty during such sessions. This couple remained steadfast in their desire for Marriage after these sessions.

On September 12, 2010, I officiated at the Baptism of the couple's son, Anthony Peter Ciliento at Our Lady of Grace Church in Brooklyn where the couple had registered as parishioners. Again, I was dully impressed by the religious and human solid ground of Mr. and Mrs. Ciliento for the welfare of this child and their desire to commence their commitment to providing a religious atmosphere for the rearing of this child as soon as possible after his birth. There was nothing evident to me during a Church required preparation session for the Baptism which would cause me to not take part in the ceremony.

Over all, I am astounded by the accusations. They seem to be totally out of character with the person I have come to respect in Mr. Ciliento.

I appreciate your kind attention to this letter. I hope that it returns Mr. Ciliento to his wife and child as soon as possible until a legal decision has been concluded concerning the accusations against him.

Respectfully yours,

Rev. Neil J. O'Connell, ofm.

Rev. Neil J. O'Connell, O.F.M.
Catholic Campus Minister
Archdiocese of New York
  Borough of Manhattan Community College
  Herbert H. Lehman College

# Our Lady of Grace Church

430 AVENUE W - BROOKLYN, NEW YORK 11223 - (718) 627-2020

PERPETUAL ADORATION CHAPEL
ESTABLISHED 1992
October 4, 2011

Honorable Kiyo Matsumoto
United States District Judge
Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Anthony Cilento
--------------------

Your Honor:

Please be advised that I would like to take this opportunity to express my feelings on behalf of Anthony Cilento.

I have known Anthony and his family for almost twenty(20) years. Anthony is thirty-three(33) years of age. Anthony and his wife, Virginia celebrated the Sacrament of Matrimony at the Church of All Saints in Manhattan. They have one(1) child and was baptized at the Parish of Our Lady of Grace on September 12, 2010.

His respect and devotion to his family cannot be measured.

He attended Our Lady of Grace Elementary School and Abraham Lincoln High School both institutions in Brooklyn.

He played organized baseball for the Our Lady of Grace Gravesend Gil Hodges Little League. When he played, he dedicated himself to the sport as a team player and most of all having the insight which was understanding his role and that he did without question. He performed admirably, efficiently, and with good disposition without complaint.

Anthony is a parishioner of Our Lady of Grace. With his family, he attends Mass on Sundays regularly with the reception of the Sacraments.

Anthony served in the United States Marines for eight(8) years attaining the Rank of Sergeant.  He was honorably discharged in 2005.

He is presently a New York City Firefighter for which he has faithfully served four(4) years.

I had conversation with his wife, Virginia.  She stated that Anthony is family man; a good, loving and devoted husband and father.

Your Honor, Anthony and Virginia had to attend a Pre-Cana class before marriage.  Pre-Cana teaches that a marriage for two(2) people should promote and stimulate dialogue, deepen a mutual understanding and have an insight and feeling in your marriage.  I believe that Anthony and Virginia have that marriage.  Anthony shows compassion for his family.

To close, to have known Anthony these many years, I hope you will take into consideration the understanding on his behalf.


With regards,



Rev. Philip J. Siani
Deacon
Our Lady of Grace Church
430 Avenue W(Gravesend)
Brooklyn, NY  11223

September 24, 2011

The Appropriate Magistrate
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Your Honor,

Anthony Ciliento is my son. I am sadly aware of the allegations against him. I have always known Anthony to think with his heart. He has always been there to care for his family and friends. As a Marine he served to protect his country, and as a firefighter he protects his community.

Nine years ago, my three children were involved in a serious collision. Anthony's younger sister was thrown 10 feet from the rear window of the vehicle. Anthony had to kick his way out through the windshield to help his sisters, who were seriously injured. Until the ambulance arrived, Anthony stabilized his younger sister by holding her down and her neck still. He also administered first aid and CPR to his older sister who was unconscious and also ejected from the vehicle. Anthony saved his sisters' lives that day.

I feel that Anthony is a credit to his family, friends, community and country. I do not feel this way only because I am his mother. Anyone who knows Anthony well has the same opinion.

Sincerely yours,

Janice Ciliento

Sept 26, 2011

To Your Honor,
I am aware of the charges against
my brother Anthony Cliento.
What he is being accused of is
totally contrary to his character.
Anthony is kind and caring. He
is a man who saved a litter of
kittens from drowning. While he
was on duty as a firefighter,
he witnessed a dog get fatally
struck by a car. He ran into the
street to comfort the dog as it
lay dying and to calm the hysterical
owner.
My brother proudly served his
country as a Marine, his city as a
firefighter and his community as
a Pee Wee football coach.
Anthony is a devoted husband. He
is an adoring father to his baby,
and as far as a brother, my sister
Josephine and I couldn't have asked
for better

Sincerely
Barbie Cliento

September 26, 2011

To Your Honor,

My name is Josephine. Anthony Ciliento is my brother. I am aware of the charges that have been brought against him. I know Anthony to be a caring individual, who has always put others needs in front of his own, be it a relative, friend or a complete stranger. In 2002 we were in a horrible car accident. The car had been wrapped around a pole. My brother, having seen me get ejected from the backseat of the car, kicked out the window and held me down to keep me from moving until the EMT arrived. He also ran back to the car to help my sister who was knocked unconscious. If he hadn't been there my sister and I may not be alive today.

His character is evident in how he has lived his life: as a proud Marine serving his country, as a firefighter serving his community, a loving and caring husband, father, son, brother and friend.

Sincerely,

Josephine Ciliento

Sept. 25, 2011

Your Honor,

Anthony is our godson and nephew. Although we are aware of the charges against him, this is not the Anthony that we know. He is a loving and caring nephew, husband and father. He was a respected marine sergeant and currently a New York City firefighter. I, his uncle, have spent a lot of time in the hospital. When I woke up during the night, I saw him asleep in the chair so I wouldn't feel alone. When he is needed, he is right there. This is his true character.

Respectfully,
Richard Ruvolo
Denise Ruvolo

Carley J. Carpenito
152 Fencsak Ave.
Elmwood Park, NJ 07407
201.819.1502

September 25, 2011

Your Honor:

My name is Carley J. Carpenito and I am Anthony Ciliento's first cousin. As Anthony's younger cousin, I have known him all of my life. Anthony's first and primary focus has always been his family and close friends. As long as I can remember, Anthony has always put himself second and willing to sacrifice himself to help others. From childhood to adulthood, Anthony has always made sure I knew that if I needed him he would be there for me. While Anthony was in the United States Marine Corp. he made sure to keep contact with his family. Anthony calls my mother, his godmother, every Mother's Day and my father, his godfather, every Father's Day. On my wedding day, Anthony served as a groomsman and embraced my fiancé as a new member of the family. My father became very ill several years ago and Anthony immediately drove to New Jersey when he learned of my father's hospitalization. Anthony stayed by my father's bedside and slept on a chair overnight just so his uncle wouldn't be alone.

This has come full circle as he has become a loving husband and devoted father to his son who was born 1 ½ years ago. The day Anthony's son was born, I called him in the hospital to congratulate him. Anthony was deeply moved by the blessing he had just been given. He told me how brave and strong his wife was during the delivery and that the birth of his son was a beautiful miracle. Not only is he devoted to his family, Anthony has committed himself to the New York Fire Department and has proudly served New York as a fireman the way he proudly served our country as a Marine. I am grateful to be related to Anthony and commend the man he is.

Respectfully,

Carley J. Carpenito

PETER EULO

1535 East 14th Street
Apt 4E
Brooklyn, N.Y. 11230

September 26, 2011

Dear Sir or Ma'am:

This letter is in regards to my cousin, Anthony Ciliento.  I am aware of the
charges of cocaine trafficking and assault have been brought against him.
I am astonished by these charges.  Anyone who knows my cousin knows he isn't
capable of any of these actions.  He is a kind and caring person who I have known
all my life.  Since he was a little child, I have never known him to have a bad bone
in his body.  He's an animal lover who has often scolded me in the past for
playing too rough with my cat and, more recently, has scolded me for forgetting to
return my frogs to their tank  at night when I'm done playing with them.
Until this day, he remains one of the only children in my life that I have ever
picked up, although, I must admit, not very recently.   I would throw my back out
if I tried it today.  Plus, he's a grown man.  It would look strange.
But seriously, he's one of the best things to ever happen in my life.  He is the only
person in my family that I have ever thought of as a brother.
As children, we would play all the time.  Either at his house on East 12th street, or
he would come over my house on East 1st street.  In the '90's, he was spending so
much time in my upstairs apartment with me, that he was practically living with
me.  He was the best roommate a guy can have.  He was a little messy and ate all
my cereal, but that's okay.  It was nice to have the company.  We would see all the
blockbusters as they were released.  I took him to see Independence Day on July
2nd, 1996.  We both consider that day to be one of the best days of our lives.  He
started crying during the president's speech, and his contact fell out.  He spent the
rest of the movie squinting at the screen, although he claims 'til this day that I'm

embellishing the story. I think he's just embarrassed.

Then he joined The Marine Corp. The family was so proud of him. I would write him letters to help keep his morale up. When he came home, a lot thinner, he would tell me the stories of life in South Carolina.

He loved the marines. That's for sure. I would often ask him if he wanted to make a career of it. He didn't want to. I guess he didn't want to be away from home. He would have been one of the best marines our armed forces ever produced. He got out in June of '01. We would live together for another 6 months until the house was sold in January of the next year.

He was the person with me on September 11th. I turned on the news. There was only one tower standing, and it was in flames. I was numb. I woke him up. After looking at the screen, he went and got his glasses on and looked again, I guess hoping that he misunderstood what he was seeing. He wasn't. Thank God he was there with me. I didn't handle that day well.

Then the house was sold in 2002. It was very hard for me to leave that place. I loved the house as well as the neighborhood. Until this day, I often say that if there is a center to the universe, it's Avenue X and East 1st street.

Our friendship has remained very strong in the new millennium. We work together at a bagel store in downtown Brooklyn, and we try to maintain our tradition of seeing the blockbusters when they come out.   I must admit, with him being a family man now, and me spending most of my time working, we don't see as many as we used to. The new Star Trek movie was the last one we saw together and I planned on taking him to see Rise of the Planet of the Apes, but unfortunately, I never got the chance.

The day Anthony became a firefighter was one of the proudest days in the family. I took him out to a nice dinner, and then we hung out in my apartment. He works at the firehouse and on his days off, works at the bagel store. I rotate my schedule around his. I live a quiet life, so I don't mind having a fluctuating schedule. Plus, he's so excited to be a family man now, he's constantly working- constantly talking about his son- his wife. I call him a happy idiot sometimes. He's the

outgoing one who talks with all the customers while I handle the operations of the store. I like it better that way. Dealing with the public is not always easy. We have a good synergy.

And now this horror has happened. I'm still trying to wrap my brain around it all. This real life horror movie that's unfolding before my very eyes. I'm being asked to believe that this fictitious character who broke someone's nose and another person's arm actually exists. He's not capable of these actions. And I'm being asked to believe that he has a cocaine habit. The same kid who tells me I need to cut down on the Coors light. The same kid who gets up hours before his shift begins so he could do his run or go to the gym. It's not possible.

Please, grant Anthony his bail. Let him come home to us. Let him be with his wife and son who he loves so much. I thank you for reading this letter. Take care.

Sincerely,

Peter Eulo

*Peter Eulo*

**Maria Eulo**
81 Ocean Parkway • #6H • Brooklyn, NY 11218
646.286.2330

September 25, 2011

Duty Magistrate
U.S. District Court – U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Your Honor:

My name is Maria Eulo, and I am 47 years old. I am Anthony Ciliento's cousin, and have known him since he was born almost 33 years ago. I am aware of the allegations against Anthony. These allegations contradict my experience with, and knowledge of, Anthony.

Anthony has always been loving and helpful with members of the family who were sick or in need of help. For example, my mother was a very sick women both mentally and physically. Anthony spent a great deal of time with her and helped to care for her. He always made sure that she ate, and was comfortable and safe at home.

Another example is how Anthony has helped me with the care of my grandmother, who is his great-Aunt. When she had to be moved to a nursing home from assisted living last year, Anthony helped me move her belongings and comfort her in this difficult time. He also calls her regularly to check up on her health and keep her company.

Anthony was a Marine and a Fireman. He always wanted to serve people, and his country, and has made decisions to go in this direction from an early age. Anthony is also a father and husband, and devoted to his son.

For all of the reasons stated above, I believe that Anthony Ciliento is an asset to his family, and society.

Respectfully yours,

Maria Eulo
Maria Eulo

September 24, 2011

To your Honor,

My name is Shirley Montagnino. I have come to know Anthony Cilento through my marriage to his cousin. I have known him all his life. I am aware of the allegations against Anthony. I find them hard to believe. Anthony is a loving father and husband. He has great respect for his country and fellow man, as he was in the Marines and also took the police and firemans tests. He chose to become a Fireman. Anthony loves his job and his family and is an asset to the ⇒

Community.

Sincerely
Shirley Montague
Wm Montague

September 29, 2011

Your Honor,

I have known Anthony Ciliento for nearly 20 years and I am very proud and honored to call him a very dear friend.

Throughout our friendship I have found that he is a man of great integrity, is kind and trustworthy, and is extremely dedicated to his family, his friends, his work, and to his country.

Anthony is a former United States Marine who took great pride and passion in serving his country. After leaving the military he joined the New York Fire Department where he could further continue to help, not only his country, but his local community.

Anthony has always been a person who has put the welfare and well being of others ahead of himself. He is a man of true strength and reliability. His choice of becoming a firefighter should attest to his selflessness and caring nature.

Should you need to contact me please do so at 718.791.7112

Most sincerely,

Anthony M. Favara

September 22, 2011

Your Honor,

My name is Manuel Castillo and I am writing you today on behalf of Anthony's Ciliento.

I have known Anthony for over thirteen years. We met while serving in the U.S. Marine Corps. During that time I have known Anthony to be a very hard working and honorable person. He always set a good example of not only how to conduct one's self as a respectable Marine, but also as a selfless and kind human being. After we were both honorably discharged, we remained close friends in "civilian life".

Anthony always went out of his way to help my family and I in any way he could. With his kind and caring ways, he was immediately embraced by my family as well as many others. He later became a loving husband and an amazing father. In addition, he served his community by joining the F.D.N.Y.

Although I am aware of the allegations that Anthony is facing, it contradicts the true character of the kind, gentle person that Anthony Ciliento truly is.

I respectfully ask you to take these words into consideration, as his absence will affect his family.

Sincerely,

Manuel Castillo

Mr. John McGarry
620 Rudwick Place
East Meadow, NY 11105
516-804-3545

September 26, 2011

Your Honor,

My name is John McGarry I'm thirty five years of age and reside at the above address with my wife Natalia and our nine month old daughter Noelle. Since October of 2009 I've been employed at Cleanway A Division of CINTAS located in Riverhead, NY. I currently hold the position of Senior Quality Control Manager. Prior to holding this position I was employed as the Surveillance Supervisor at the Northeast Regional Office of ICS\Merrill a Division of EMSI.

I'm writing you today on behalf of my friend and fellow United States Marine Sergeant Anthony Cilento. I'm aware of the pending criminal charges against Anthony and the severity of the situation that he is in.

I first met Anthony in April of 1998 after returning to Camp LeJeune, NC from an overseas deployment. I clearly recall the day that I was introduced to Anthony by Lance Corporal Richard Koons a former roommate of mine, who at the time was living with Anthony. I can also recall the conversation and how we spoke about both being from New York. Anthony and I immediately became close friends and would routinely travel to New York together while on holiday leave.

After my enlistment ended, Anthony and I would get together when he would return home on leave. We would talk about the military, day to day life and our futures. After his enlistment ended and he returned to New York I was routinely invited to Anthony's home where I had the pleasure of meeting his mother, father, grandmothers, great aunt and sisters, cousins and friends. I have had the opportunity to sit down and enjoy holiday meals with his family. On occasion when traveling through downtown Brooklyn I would stop into Court Street Bagels for a sandwich where Anthony worked and partnered with his cousin Peter.

I have had the pleasure of attending the wedding of Anthony to his wife Virginia. I recall Anthony's excitement when he found out that he was going to be a father and how joyful he was when his son was born. I also had the pleasure of witnessing Anthony's son's baptism. I have watched Anthony grow to be a proud father and enjoyed discussing the stories about how our children were developing. Most recently I recall Anthony's excitement when he learned that he was accepted into the New Your City Fire Academy. While going through training Anthony and I would talk about how it reminded him of the Marines.

Over the past thirteen year and five months I have come to know Anthony very well and consider him a dear friend who is responsible, trustworthy, reliable, dependable and a man of his word.  I view Anthony as an outstanding United States Marine who served honorably, was awarded distinguished service awards and medals, in addition to being promoted four times in a four year enlistment.   A hard working entrepreneur and a parishioner at Our Lady of Grace Roman Catholic Church located in Sheepshead Bay.  A diligent and professional New York City Firefighter.  A proud father, devoted husband and dedicated family man.

In closing I have never know Anthony to be a person who would commit a violent act, communicate threats or perpetrate crimes.   I have never known Anthony to possess, distribute or consume cocaine or any other illegal drugs.  If released on bail I believe that Anthony will conduct himself in a manner such as I described and when summoned for trial he would be present and presentable.   Overall the charges pending against Anthony are not a reflection of his character and I believe he will be vindicated. I respectfully request that you consider the above when determining whether Anthony will be released from confinement so he could return to his normal day to day life with his wife and son.

Yours truly,

John McGarry

September 26, 2011

Your Honor,

    I am writing this letter with regard to Anthony Cilento, and his pending trial. I had served, in the same Battalion, with Sgt Cilento in the Marine Corps and I would honestly say he was one of the most motivated and squared away Marines I've ever served with. He was a true leader, and was well respected within the Battalion. He was also one of the most knowledgeable squad leaders I had encountered during my time of duty. He was slated to become a drill instructor, and it seemed as if he would be a lifer. I would absolutely have gone into combat with him, as I would trust him with my life. That is the biggest honor you could receive from a fellow Marine, unlike any award or medal. He took his role very seriously, and held high standards for all his junior Marines. His discipline and attention to detail made him a strong individual, one who would sacrifice himself for his men and the Corps. I am sure if you cut his chest open there would be an Eagle, Globe and Anchor where his heart should be.

    I also had the privilege of working with him within the same Battalion in the FDNY. I highly recommended him to his company, when he was assigned to Ladder 166, as an outstanding leader based upon my experiences with him in the Marine Corps. He had the same motivation, and spark in his eye, that I had seen within him in the Marine Corps. I would gladly follow him into any situation within the Fire Department, just like I would follow him into battle in the Marine Corps.

    At last we spoke he was telling me about a family trip to Disney World he had just gone on, and we discussed having both our families go together at a later date. He also spoke so proudly of his wife and son, and how his family was his saving grace. He is a loving, dedicated person in everything he does. I am proud to say I am a friend, a coworker, and a fellow Marine.

His life should be judged by what he has accomplished, his leadership skills, and his dedication to his country as well as the city in which we live in.  It takes a certain kind of man to sacrifice his own life for the lives of others.  Fortunately in this day and age there seems to be a lack of dedicated, honorable men like Sgt Cilento.  We were fortunate to have him serve our country, and now our city.

With Regards,

Christopher J. Rice
SSgt Marine Corps/ FDNY Firefighter

September 27, 2011

Stephen D'Onofrio
6 Comely St.
Staten Island, New York 10312

Your Honor,

I am writing this letter with the hope that it may help influence your decision to lower Anthony Celinto's bail.

As a former police officer for the City of New York, and businessman of thirty four years in the community in which Anthony resides and grew up, I can say I've known him much of his entire life. As a businessman I also knew Anthony in another capacity; he was an employee of mine at Bake City Bagels as a teenager and young adult, just prior to him leaving to enter the Marine Corp. While employed I found him to be a dependable, reliable, honest and trustworthy young man. He was always respectful, kind and courteous, especially to my elderly customers.

When Anthony left the community to join the Marine Corp I was so proud of him; and when he came back you could see he became an even better individual. As a man and Marine he was the type of person you could always depend on. Anthony demonstrated this by becoming a firefighter for the City of New York; a job in which is selfless and totally giving.

On the day Anthony became a father I remember seeing the joy and happiness on his face, and when he walks with his son while in his stroller the pride on his face is so evident that it fills my heart to see the kind of man he has become. This is why it is so hard to believe Anthony would risk his family life and career, both of which he values so much, for the crimes he is being charged with.

I am asking, Your Honor, to show this father, firefighter and former Marine some leniency and help him to be able to get out on a bail that is fair, reasonable and just; a bail that would allow him to work with his attorney to help him contest these charges which have been brought against him.

Respectfully,

Stephen D'Onofrio

September 26, 2011

Your Honor,

I would like to start off by stating that I am fully aware of the charges alleged against Anthony Ciliento. This letter is not meant to comment on Anthony's case. It is merely an attempt to allow you to know a little bit about the man I have known for 20 years.

As I mentioned above, I have known Anthony for 20 years. Everyone in my neighborhood, who knows Anthony, considers him a friend. He has donated his time to volunteer as a football coach for children in our community. He is respectful to not only those who he has known for years, but more importantly people that he doesn't know. I believe the true measure of a man is the way he treats those that he does not know, and who can not help him at all. Anthony treats everyone as if they were a friend.

When Anthony reached the age when he was able to join the Marines, he did so. He represented our community well, and all who knew him were proud to say that they knew Anthony. Once his time serving our country came to an end, Anthony came home and began working as a Recruiter for the Marines. During this time, Anthony worked hard and saved enough money, allowing him to open his own business, his Bagel Store.

Throughout his time in the military, and working and owning his Bagel Store, Anthony never wavered from his real desire, to serve our city, as a New York City Firefighter. After passing the written test, Anthony was scheduled to take his physical exam. Unfortunately, he hurt his ankle and was told he could not take the test when it was scheduled. His attitude did not change. He kept training, and working hard, and eventually his ankle healed. He took the test to become a Fireman, passed the test, and has served as a member of New York's Bravest over the past few years.

Once again, I do not know whether the charges alleged against Anthony are true or false. All I know is, I have known Anthony for 20 years and consider him a friend. Thank you in advance for any thought or consideration you have given this letter.

Respectfully,

Phil Stein

To whom it may concern:

I am writing this letter on behalf of my fellow Firefighter, Anthony Ciliento, and  I understand at this time there are some allegations against him.  I had the pleasure of working with Mr. Ciliento within the same area, Battalion 43, and worked closer with him during a detail in which he was assigned to my firehouse  for 3 months.  In those three months, the impression I acquired was that he was a dedicated firefighter, father and husband.  I also further respected him when I learned of his dedicated service to the United States Marine Corps.  Mr. Ciliento displayed nothing but dedicated service to the department, he was always reliable and demonstrated excellent character.

Sincerely,

James Profeta

9/27/2011

Firefighter Carmine Occhino

Engine Company 253

2429 86 Street

Brooklyn, NY 11214

To whom it may concern:

My name is Carmine Occhino and I have been a firefighter in Engine Company 253
for almost seven years. I am writing this letter on behalf of Firefighter Anthony
Ciliento, who as I am aware has certain allegations against him. I find it very hard
to believe he could be involved in the said affairs. Anthony works in Ladder
Company 166 which is in the same Battalion as mine, Engine Company 253. I have
seen him a good number of times during the job and he worked in my company
for three months and part of a training detail.  Anthony is a good man with a big
heart. He has a great sense of humor and always had the guys in my firehouse
laughing. He is very proud of his wonderful new family and his time in the
military. I find Anthony to be an excellent firefighter and I would want him next to
me in a bad fire. Please help Anthony any way you can I am sure his family, his
firehouse, and I want to see him back as soon as possible. Thank you.

Sincerely,

Firefighter Carmine Occhino

To whom it may concern,

My name is Gilbert Saez. I have worked with Anthony Ciliento for about three years. During this time span, I have had the pleasure of getting to know and befriend Anthony. He has proved to be a good co worker and has proved to be an even better friend. I would trust him with my life at work, and I would trust him with my family outside of work. He has only expressed the characteristics of a stand up, family man. A man who has even grown close to my own family. I have got to know and love him and his family. His goals in life were to be a good fire fighter, and to be an even better friend, husband, and father.

— Gilbert Saez

To whom it may concern,

Hello my name is Keith and I have been a NYC firefighter for 10 years. I met Anthony three years ago when he edosed the fire department. Being a fireman, you see many guys come and go and not all will you get along with. I can honestly say that Anthony is one of those guys that you can easily befriend. He is a self-less person who will do anything for anybody. I know that if I need anything at all, Anthony will be there and has been. Anthony is a devoted husband, a great father, and to me, a friend for life.

STATEN ISLAND, NY 10313

T  (917) 716-4897

September 26, 2011

    Your Honor,

I am writing this letter on behalf of my friend Anthony Ciliento. Anthony and I

work together and are both firefighters. The Anthony I know is a great husband

and father, he is also a great firefighter. The charges that Anthony are faced with are

shocking to me, these accusations are extremely out of character for him. He has a

newborn son and every time I see Anthony, the first thing he does is show me new

pictures of his little boy. He is a man who is totally devoted to his family and his

work. Convicting him of these crimes would carry terrible consequences, he would

lose his job and would have no way to provide for his family.

What good could possibly come from convicting him of these crimes? When he

released he will be unemployed, and unable to find employment because of this

criminal conviction on his record. The FDNY is a great career and is a place where

family values and integrity are our way of life. Personally I cant think of a better

way to ensure a better path in life than for Anthony, than to continue with his ca-

reer and family life. A conviction would destroy this for him. Thank you for taking

the time to read this letter and I hope that you will take all these words into consideration, when deciding on Anthony's fate.

Sincerely Yours,

Dominick Saia

Your Honor,

I'm taking the time to write in regards to Anthony Ciliento. I've had the privilege of knowing and working alongside Anthony for approximately four years. Prior to becoming a NYC firefighter he proudly served our country in the US Marine Corp. Its people like Anthony with such selfless character and their willingness to sacrifice their own well being that serve in such a capacity. His heroism is something I personally admire. After his honorable service in our military he decided to continue to serve his community as a firefighter. He is so often willing to put others first. He personally has contributed too many of our departments fundraisers and has volunteered at many department functions. He has truly been an asset to our company. I've known Anthony to be an honest and noble man. I hope these comments are taking into consideration in Anthony's proceedings. We look forward to his return.

Respectfully Submitted,

Michael Childs

Your Honor,

I have been assigned as a Lieutenant to E-318 for over three years and the FDNY as a whole for 13 years. When a probationary firefighter gets assigned to a firehouse the members and officers take a special interest in that person to ensure their learning curve is sufficient so they can be trusted at a fire and other dangerous emergencies. The eagerness and professionalism Anthony displayed to establish himself as a productive member of our team immediately impressed me as I knew even under situations of duress he was someone that could be counted on.

When I arrived at work and heard the unfortunate news of the allegations against Anthony I was perplexed since the man I knew was a proud man – a family man – a man of character. Anthony has honorably served with the Marines – dedicated himself to the citizens of New York City as a FDNY firefighter – and even though his career was just starting he displayed the characteristics of someone who has a promising future.

I hope any decision regarding the allegations against Anthony will be weighed - not as a judgment on an isolated incident, but on the benefit to society he was enthusiastically striving to become.

Respectfully Submitted,

Kenneth Freeman
Lieutenant
Engine Co. 318

You're Honor,

My name is Joseph ONeil and I have worked as a NewYork City Firefighter in Brooklyn N.Y for over 20 years. I am currently assigned as a Lieutenant at Engine Co. 318, and I have worked with Anthony since he became a N.Y.C. Firefighter and a member of our fire house approximately three years ago. The Anthony Ciliento I know is a hard working, dedicated, public servant who has performed his job admirably as a NYC firefighter these past three years. He is also a dedicated husband to his wife and a wonderful father to his newly born son. In my eyes Anthony holds three things dear to his heart that every good man should hold closely and they are Family, God, and Country. It is with great respect that I ask you not to overlook the  great qualities of this individual during your proceedings.


Respectfully Submitted,

Lt. Joseph ONeil
Engine Co. 318

Your Honor

I have been a member of the FDNY for 19 years now. I am
currently the acting Captain of Ladder 166. I have been here for
approximately 7 months and have gotten to know all the members
here pretty well including Anthony. On my first day here Anthony
approached me, shook my hand and welcomed me to the company.
He has always treated me with great respect and courtesy. He
works hard in the firehouse and always displays a great thirst for
knowledge and information. In the short time I've know Anthony,
I have found him to be, a hard working respectful person and an
asset to the FDNY.

I hope you will take my thoughts here into favorable consideration
in your proceedings.

Respectfully Submitted

*George Polito*

George Polito
Captain Ladder 166

To whom it may concern,

My name is Thomas McDonald. I am a firefighter of Ladder Company 166. I am a 13 year veteran. I have known Anthony Ciliento for 3 years. Anthony has shown great respect and responsibility to the City of New York. Anthony and I have been in many situations together where he has shown great bravery and professionalism. Not to mention the time he has served in the United States Marine Corp. It is my honor to call Anthony a good co-worker and friend.

Respectfully,


Thomas McDonald

You're Honor,

My name is Reuben Gonzalez and I have had the honor of working with Firefighter Anthony Ciliento for the past 3 years. He is an individual of admirable character and good integrity. For the short time I have known him he has always done what is right and just, around the firehouse, and for his family. He has served his country as a United States Marine, the people of NYC as a Firefighter and done it all with a selfless and altruistic attitude. Anthony Ciliento holds his values close to heart and I ask you, your honor, to consider his lifelong sacrifices and achievements when contemplating your decision.

Respectfully,

Reuben Gonzalez
Ladder Co. 166

You're Honor,

My name is Salvator Lupia and I have worked as a New York City Firefighter in Brooklyn N.Y for over 19 years. I am currently assigned to Engine Co. 318. I have had the pleasure of working with Anthony since he became a N.Y.C. Firefighter and a member of our fire house approximately three years ago. As you may or may not know Anthony has not only served the citizens of New York City with respect and honor but he has also served our country with honor and passion. As a Firefighter, Anthony has worked real hard at learning and honing his craft. As a person Anthony strives to be a great husband to his wife and a wonderful father to his newly born son. In my eyes Anthony holds three things dear to his heart that every good man should hold closely and they are Family, God, and Country.

It is with great respect that I ask you not to overlook the great qualities of this individual during your proceedings.

Respectfully Submitted,

Salvatore Lupia
Engine Co. 318

You're Honor,

My name is Joseph Kammer and I have worked as a New York City Firefighter in Brooklyn N.Y for over 25 years. I am currently assigned to Engine Co. 318. I have had the pleasure of working with Anthony since he became a N.Y.C. Firefighter and a member of our fire house approximately three years ago. As you may or may not know Anthony has not only served the citizens of New York City with respect and honor but he has also served our country with honor and passion. As a Firefighter, Anthony has worked real hard at learning and honing his craft. As a person Anthony strives to be a great husband to his wife and a wonderful father to his newly born son. I have had the honor of attending his sons christening and celebrating with his family and friends.

It is with great respect that I ask you not to overlook the great qualities of this individual during your proceedings.

Respectfully Submitted,

Joseph Kammer
Engine Co. 318

Your Honor,

     I have worked in Engine 318 for six years.  I had the pleasure of working with Anthony Ciliento for about three years.  His work ethic and personality cannot be duplicated. He is always the first one to report for duty at the start of the tour and the last to leave.  Anthony is a proud father, husband, friend and Marine.  His service to our country and his being a firefighter are tow major signs of his selfless nature.  He is a joy to work beside in the firehouse.

I hope these comments are taken into consideration as to the type of person Anthony is today.


Respectfully Submitted,

Brian Pascascio
Engine Co. 318

Your Honor,

My name is Greg Kenny and I have worked as a firefighter for about 8 years with the New York City Fire Department, in Ladder Co. 166.. I met Firefighter Anthony Ciliento about 3 years ago when he first showed up to the firehouse from the academy. Anthony was a very good probie and was eager to learn this job. I worked side by side with Anthony and he was a fast learner, he quickly became proficient at his job. He gained the confidence of the men as a whole.

I recently heard the news of Anthony getting arrested and I was extremely surprised. In my opinion this does not fit with the character that Anthony has displayed in his almost 3 years of service with the F.D.N.Y.. Anthony also served this country with the U.S. Marines and was well respected among his peers here in Coney Island. I hope and wish that these comments can help Anthony with his proceedings.

Respectfully Submitted,

Greg Kenny
Ladder Co. L166

Your Honor,

My name is Dennis Aquino and I have worked as a firefighter for about 5 years with the New York City Fire Department, in Ladder Co. 166. I met Firefighter Anthony Ciliento about 3 years ago when he first showed up to the firehouse from the academy.  Anthony was a very good probationary firefighter and was eager to learn his job.  I worked very closely with Anthony and he was a fast learner, he quickly became proficient at his job.  He gained the confidence of the men as a whole.

I recently heard the news of Anthony getting arrested and I was extremely surprised.  In my opinion this does not fit with the character that Anthony has displayed in his almost 3 years of service with the F.D.N.Y. Anthony also served this country with the U.S. Marines and was well respected among his peers here in Coney Island.  I hope and wish that these comments can help Anthony with his proceedings.

Respectfully Submitted,

Dennis Aquino
Ladder Co. L166

Your honor,

I have worked in Engine Co. 318 as a firefighter for a little over 4 years. I met Anthony Ciliento when he first came to our firehouse 3 years ago. Anthony showed much enthusiasm for the job and is very proud to be a Firefighter. Anthony always came to fundraisers and all firehouse functions and took great pride in his family. Anthony's service to our country as a U.S. Marine was also something he was very proud of. Anthony was a great guy to have in the firehouse.

I hope these comments are taken into consideration in Anthony's proceedings. We all hope to see Anthony back at the firehouse at some point.

Respectfully Submitted,

Sebastian Gambino

Your Honor,

I have worked as a Firefighter in Engine 318 in Coney Island for just over 9 years. I met Anthony Ciliento about 3 years ago when he was assigned to Ladder Co. 166. I found Anthony to be a passionate Firefighter who takes his job seriously. I was alongside Anthony at various fundraisers and Company functions and have become aware of the allegations levied against him. These charges do not seem to be in line with the overall character as displayed over the time I know him.

Anthony's service to our Country as a U.S. Marine also impressed me and he always took great pride in that as well. I hope these comments can be taken into some kind of favorable consideration in your proceedings.

Respectfully Submitted,

Steven Donadio
Engine Co. 318

You're Honor,

My name is Brandon Zielazny. I have worked as a New York City Firefighter in Brooklyn N.Y for over 3 years. I am currently assigned to Ladder Co. 166. I have had the pleasure of working with Anthony since we became N.Y.C. Firefighters and worked together in the same academy class. As you may or may not know Anthony has not only served the citizens of New York City with respect and honor but he has also served our country as a United States Marine with honor and passion.  As a person, Anthony strives to be a great husband to his wife and a wonderful father to his newly born son. Anthony is a good firefighter and great friend with an honest character.

It is with great respect that I ask you not to overlook the great qualities of this individual during your proceedings.


Respectfully Submitted,

Brandon J. Zielazny
Ladder Co. 166

Your Honor,

My name is Ryan Rockfeller. I have been a firefighter with the FDNY for last five years. I have known Anthony Ciliento for the past three years. The allegations that I read in the paper surprised me tremendously. I know Anthony To be a passionate person about his job and more importantly about his family. He is a person of great character and dedication.

Respectfully,

9/15/11

Ryan Rockfeller
E-318

Your Honor,

I have worked as the Captain of Engine 318 in Coney Island for just over 3 years. I met Anthony Ciliento about 3 years ago when he was assigned to Ladder Co. 166. I found Anthony to be a passionate Firefighter who takes his job seriously. I have seen Anthony at numerous Fire Department functions , I have worked in the same firehouse and have seen him at numerous fires and emergencies put himself in harms way to help others. I have become aware of the allegations levied against him. These charges do not seem to be in line with the overall character as displayed over the time I know him.

Anthony's service to our Country as a U.S. Marine also impressed me and he always took great pride in that as well. I hope these comments can be taken into some kind of favorable consideration in your proceedings.

Respectfully Submitted,

Rich McDade
Engine Co. 318

Your Honor,

My name is Stephen Shedd and I am a firefighter in Ladder Company 166 for 3 years now and have worked side by side with Anthony Ciliento for those 3 years. He has shown great character and professionalism in the short time I have known him. We have been in a couple of bad situations together and have also shown great bravery. He is also a former marine who has fought for our country. I can say for a fact since I have known him; he has shown to be nothing but honorable person.

Respectfully

Stephen Shedd