

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NMA/MMS  *271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 16, 2012

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Anthony Ciliento
        Criminal Docket No. 11-651 (S-1) (BMC)

Dear Judge Cogan:

    The government respectfully writes to request an adjournment of the defendant's sentencing which is currently scheduled for July 18, 2012 at 2:30 p.m. Based on the submissions of the parties, the government respectfully requests that the Court schedule a Fatico hearing to resolve disputed issues of fact. Thank you.

                Respectfully submitted,

                LORETTA E. LYNCH
                United States Attorney

        By:   /S
            Nicole M. Argentieri
            Marisa M. Seifan
            Assistant U.S. Attorneys

cc: Steve Zissou, Esq. (by ECF)
    U.S. Probation Officer Shayna Bryant (by e-mail)